GEORGE W. FUNK, *Respondent, v.* JOHN W. ALEXANDER, *Appellant.* — Order of the Special Term reversed, with ten dollars costs and disbursements, and motion to dissolve injunction granted. *Held,* that the facts relied upon for the injunction order might have been set up as a defense to the notes, and no excuse is shown for not setting them up therein.

JONAH D. DECKER, *Respondent, v.* JOHN KITCHEN, *Appellant.* — Order modified by reducing the item for printing points to thirty-five dollars and twenty cents, and as so modified affirmed; without costs to either party.

DENNIS KENNEDY *et al., Appellants, v.* J. CLEVELAND HALL, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

SOPHIA AWA, *as Administratrix, etc., Appellant, v.* HENRY SCHLENDER, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. *Held,* that there is no evidence in the appeal book that the verdict was set aside as against evidence.

HARVEY LICHFIELD, *as Commissioner of Highways, etc., Appellant, v.* THOMAS FITZGERALD, *Respondent.*— Judgment affirmed. *Held,* that the defects in the undertaking delivered to the justice were waived by the defendant.

JOSHUA W. RAPPLYE, *Respondent, v.* ROBERT C. ARMSTRONG, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

HARVEY W. BROWN, *Respondent, v.* FRANKLIN J. MORSE, *Appellant.*— Order affirmed, with ten dollars costs and disbursements.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, TO APPRAISE LANDS OF SIDNEY SMITH *et al.*— Order affirmed, with ten dollars costs and disbursements. HAIGHT, J., not sitting.

STEWART SHINNEBARGER, *Respondent, v.* JOHN D. CONDEMAN, *Executor, etc., Appellant.*— Judgment affirmed.

MARVIN W. PHILLIPS, *Respondent, v.* STILES B. ELLSWORTH *et al., Appellants.* — Judgment and order affirmed. HAIGHT, J., not sitting.

JOHN Q. A. WOODCOCK, *Respondent, v.* ALEXANDER SMITH, *Appellant.* — Judgment of the Justices' and County Court reversed. *Held,* that in view of the defendant's evidence that he sold clover seed from the same lot to the witnesses Burns, Crittenden and Dexter that he did the plaintiff, the questions put to them were competent and should have been admitted.

HARRISON HOYT, *Respondent, v.* JOHN GREEN, *Appellant.* — Judgment affirmed.